UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MELVIN TREMAYNE MAHONE, JR., <br><br> Defendant. | CRIMINAL NO. 5:17-cr-52-KKC <br> (Related Civil Action No. 5:18-cv-626) <br><br><br> **JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the Report and Recommendation (DE 131) is ADOPTED as the Court's opinion;

2) Mahone's motion to vacate under 28 U.S.C. § 2255 (DE 119) is DENIED;

3) a certificate of appealability will not be issued, Mahone having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) this matter is STRICKEN from the Court's active docket.

Dated April 2, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY